# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**JOSEPH WADE HUEBERT**

v.                                                                                                     2:18-cv-761-NPM

**COMMISSIONER OF SOCIAL SECURITY**

---

## ORDER

Having obtained an award of benefits for his minor child, Joseph Wade Huebert requests a fee award pursuant to 42 U.S.C. § 406(b). Section 406(b) contemplates a reasonable contingent fee award—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court. The requested fee is reasonable for the reasons stated in Huebert's motion.

Accordingly, the unopposed fee motion (Doc. 36) is **GRANTED**. The clerk is directed to amend the judgment in favor of Huebert, on behalf of his minor child, to include a fee award of $2,725.00. The fee award will be paid out of Huebert's past-due benefits, subject to agency policy. *See* 42 U.S.C. § 406(d). If the withheld benefits in the Commissioner's possession are insufficient to satisfy the amount of fees determined reasonable by the court, then the attorney must look to the claimant to recover the difference.

**ORDERED** on May 16, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge